IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROXANNE CRABTREE, | ) |
|       Plaintiff, | ) |
| VS. | ) No. 4:03-CV-108 |
| GRUNDY COUNTY, TENNESSEE, ROBERT MEEKS, TRESSIE BOYD, CHRISTOPHER BOYD and HAROLD LEAKER, JR., | ) |
|       Defendants. | ) |

**REPORT OF RULE 31 PROCEEDING**

Pursuant to Rule 31, Section 5, Rules of the Supreme Court of the State of Tennessee, the Rule 31 Mediator, Tracy Shaw, reports that the parties appeared and participated in mediation on September 6, 2005.

This case settled (contingent on approval by the Grundy County Commission). An order of dismissal should be filed in the near future.

Tracy Shaw, #7172
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
Rule 31 Mediator

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by postage prepaid mail upon:

H. Thomas Parsons, Esq.
Parsons & Nichols
101 West Main Street
Manchester, TN 37355


William C. Rieder, Esq.
Haynes, Hull, Rieder,
 Ewell & Ridner, P.A.
214 N. Atlantic Street
P. O. Box 878
Tullahoma, TN 37388

on this the 6th day of September, 2005.

_____
Tracy Shaw


F:\DTS\3.MEDIATION\Mediation.Open\crabtree.roxanne\report-rule-31.wpd