# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

ROXANNE CRABTREE

  Plaintiff,

VS.                 Case No. #4:03-CV-108

GRUNDY COUNTY, ROBERT MEEKS,
SHERIFF AND INDIVIDUALLY,
TRESSIE BOYD, Deputy and Individually,
HAROLD LEAKER, Deputy and Individually,
& CHRISTOPHER BOYD.

  Defendants.

## ORDER OF DISMISSAL

This day came the parties by and through their attorneys of record and announced to the Court that the within cause should be dismissed on the merits with full prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed on the merits with full prejudice.

ENTER this _____ day of _____, 2005.

                _____*s/ James H. Jarvis*_____
                **JAMES H. JARVIS**
                UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY

**PARSONS & NICHOLS**

By: *[signature]*
**H. THOMAS PARSONS, BPR# 2571**
101 West Main Street
Manchester, Tennessee 37355
(931) 728-1316
Attorneys for Plaintiffs


**HAYNES, HULL, RIEDER, EWELL & RIDNER, P.A.**

BY: *[signature]*
**WILLIAM C. RIEDER, BPR# 5709**
214 N. Atlantic Street
P.O. Box 878
Tullahoma, Tennessee 37388
(931) 455-5478
Attorneys for Defendants